UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. |
| v. | : | 3-00-cr-263 (JCH) |
| | : | |
| JERMAINE BUCHANAN | : | JUNE 21, 2005 |

## SCHEDULING ORDER

As a result of the remand from the Court of Appeals [Dkt. No. 1728], the court intends to consider whether it would have imposed a non-trivially different sentence in this case if the Sentencing Guidelines had been advisory. That consideration will include a review of the pre-sentence report and the transcript of the sentencing hearing.

If counsel wish to file written submissions concerning whether the court should have imposed a non-trivially different sentence, they should file simultaneous submissions on or before **JULY 21, 2005.**

If the defendant wishes to avoid resentencing, he should promptly notify the court that resentencing will not be sought.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 21st day of June, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge