# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
District of Connecticut

United States
v.
Boyd (Jermaine Buchanan)

Docket Number: 3-00-243

Janet C. Hall
(District Court Judge)

Notice is hereby given that Jermaine Buchanan appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ];

entered in this action on 1/19/2006 (original judgment entered 4/15/2004)
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [✓].

Date: January 23, 2005

/s/ Jeremiah Donovan
(Counsel for Appellant)

TO: AUSA Stephen Reynolds
915 Lafayette Boulevard
Bridgeport, CT 06604

Address: Jeremiah Donovan
PO Box 554
Old Saybrook, CT 06475

Telephone Number: (860) 388-3750

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

### ▶ QUESTIONNAIRE
[ ] I am ordering a transcript
[✓] I am not ordering a transcript
Reason:
[✓] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

### ▶ TRANSCRIPT ORDER
Prepare transcript of
[ ] Pre-trial proceedings
[ ] Trial
[ ] Sentence
[ ] Post-trial proceedings

### TRANSCRIPT INFORMATION — FORM B
▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).
Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY Signature: /s/ Jeremiah Donovan
DATE: January 23, 2005

### ▶ COURT REPORTER ACKNOWLEDGEMENT
To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____   Signature _____
(Court Reporter)

**COPY 1 - ORIGINAL**